**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cinnamon Rose Prowell, | No. CV-04-1559-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Kennedy Restaurant & Bar Management, Inc; and Seven Vines, Inc., dba Vine Tavern & Eatery, | |
| Defendants. | |

Defendants have filed a motion for reconsideration regarding the Court's May 3, 2006 order denying in part Defendant's motion for summary judgment. Doc. #51; *see* Doc. #49. For the reasons set forth below, the Court will deny the motion.

In its May 3 order, the Court noted that Defendants did not address Plaintiff's argument that her reassignment to less desirable shifts constitutes a tangible employment action. Doc. #49 at 3 n.2. Defendants draw the Court's attention to the section of their reply brief that addressed whether Defendants acted reasonably in investigating Plaintiff's complaint of harassment. Doc. #51 at 1 (citing Doc. #48 at 7). Defendants point out that they argued that Plaintiff was compensated more in the pay period following her complaint than in previous pay periods. *Id.* (citing Docs. ##48 at 7, 44 Ex. L).

Defendants, however, made this argument to show that Plaintiff's reassignment was a reasonable response to her complaint of harassment; Defendants never argued that the

1  reassignment does not constitute a tangible employment action. Rather, Defendants focused
2  on Plaintiff's termination, contending that it was not a tangible employment action within the
3  meaning of *Faragher* and *Ellerth*. *See* Docs. ##43 at 7, 48 at 4.

4  Moreover, the evidence, construed in Plaintiff's favor, shows that Plaintiff was
5  reassigned to less desirable shifts. Plaintiff's paycheck dated October 25, 2002 – the date she
6  was reassigned – shows that she earned about $8.52 per hour. Doc. #44 Ex. L. Plaintiff's
7  next (and last) paycheck shows that she earned about $5.69 per hour. *Id.*

8  **IT IS ORDERED** that Defendants' motion for reconsideration (Doc. #51) is **denied**.
9  DATED this 11th day of May, 2006.

David G. Campbell
United States District Judge